UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY OCEJA, | Case No. 3:26-cv-00055-ART-CSD |
| Petitioner, | ORDER |
| v. | |
| D. BORGAS, | |
| Respondent. | |

This habeas matter is before this Court on Petitioner Anthony Oceja's unopposed motion for a 90-day extension of time to file his Second-Amended Petition. (ECF No. 15.) This is Oceja's first request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 15) is granted. Oceja has up to and including September 8, 2026, to file his second-amended petition.

DATED THIS 11th day of June 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1