UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTHONY OCEJA,

Petitioner,

v.

D. BORGAS,

Respondent.

Case No. 3:26-cv-00055-ART-CSD

ORDER

This habeas matter is before this Court on Petitioner Anthony Oceja's unopposed motion for a 90-day extension of time to file his Second-Amended Petition. (ECF No. 17.) This is Oceja's second request for an extension of this deadline. This Court finds good cause exists to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 17) is granted. Oceja has up to and including December 7, 2026, to file his second-amended petition.

DATED THIS 9th day of September 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE